UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HARRY CRISWELL and LAURA CRISWELL,

    Plaintiffs,

v.      Case No: 2:19-cv-305-FtM-29MRM

CITY OF NAPLES, Florida,

    Defendant.

## ORDER

This matter comes before the Court on review of the file. On June 28, 2019, defendant filed a Motion to Dismiss (Doc. #13). Because plaintiffs filed an Amended Complaint (Doc. #14) on July 9, 2019, defendant's Motion to Dismiss (Doc. #13) is denied as moot.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion to Dismiss (Doc. #13) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this  21st  day of August, 2019.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record