```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

HARRY E. CRISWELL, III and
LAURA B. CRISWELL,

    Plaintiffs,

v.                                Case No:  2:19-cv-00305-JES-MRM

CITY OF NAPLES, Florida,

    Defendant.

---

## **ORDER**

At the April 20, 2021 final pretrial conference, the Court raised the issue of whether a jury trial was appropriate in this case in light of the absence of any claim for damages.  Plaintiffs were to file their position on or before April 23, 2021.  To date, nothing has been filed.

Accordingly, it is hereby

**ORDERED:**

1.  The case will remain set as a jury trial.

2.  Trial shall commence on May 24, 2021 at 9:00 a.m. before the undersigned.  Trial length was estimated at 2-4 days.

3.   The parties shall file their revised exhibit lists, witness lists, and proposed jury instructions on or before May 17, 2021.

**DONE and ORDERED** at Fort Myers, Florida, this __4th__ day of May, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record